UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL KENYATTA HAGGARD, | ) | NO. ED CV 16-00490-RSWL (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W. L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 28, 2017      S/ RONALD S.W. LEW
HON. RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE